UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RANDALL C. SMITH,<br>Petitioner,<br>v.<br>KING COUNTY SUPERIOR COURT ELECTRONIC HOME MONITORING,<br>Respondent. | CASE NO. 2:26-CV-1141-BHS<br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

THIS MATTER is before the Court on Magistrate Judge David W. Christel's report and recommendation (R&R), Dkt. 10, recommending this Court dismiss without prejudice plaintiff Randall Smith's federal habeas petition and close the case.

A district court "shall make a de novo determination of those portions of the report or specified proposed finding or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C) (emphasis added); *see also* Fed. R. Civ. P. 72(b)(3). It must modify or set aside any portion of the order that is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). The district judge may accept, reject, or modify the recommended

disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

The Court has reviewed the R&R, and Smith has not objected to it. The Court therefore **ADOPTS** the R&R. Smith's habeas petition is **DISMISSED without prejudice** and he is not entitled to a certificate of appealability. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated this 27th day of July, 2026.

BENJAMIN H. SETTLE
United States District Judge